UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS

JOSE RIGOBERTO IGLESIAS                    NO.: 13-00119-BAJ-RLB

ORDER

On January 31, 2014, counsel for the Defendant notified the Court of the untimely death of his father. Therefore, in light of the unforseen circumstances, the Court, on its own motion and in accordance with the standards of 18 U.S.C. § 3161, hereby cancels the trial set for Monday, February 3, 2014 at 9:00 a.m.

The Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, requires that a criminal defendant's trial commence within 70 days after he is charged or makes an initial appearance, whichever is later, *see* § 3161(c)(1), and entitles him to dismissal of the charges if that deadline is not met, § 3162(a)(2). The Speedy Trial Act also provides, however, that certain delays are excluded from the 70-day period. *See* § 3161(h). The Court, on its own motion, may grant a continuance under this provision "on the basis of [sic] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161 (7)(A).

In this case, the Court cannot reasonably expect counsel for the Defendant to proceed with trial in such a short period of time under these circumstances, as it is

certain that his trial preparation will be affected. In the interest of justice, the Court finds that a continuance is necessary to protect the interests of all parties involved in this case, particularly the interests and rights of the Defendant to effective assistance of counsel. After a thorough review, the Court finds that neither the Defendant nor the Government would be prejudiced by a continuance in this case.

Accordingly,

**IT IS ORDERED** that the February 3, 2014 trial date in *United States of America v. Jose Rigoberto Iglesias* is hereby **CANCELLED**. A new trial date will be set within seven (7) days of this order.

Baton Rouge, Louisiana, this 31st day of January, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**